RECEIVED
FEB 19 2026
KELLY L. STEPHENS, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**JOHN KLOSTERMAN, pro se**

**Plaintiff-Appellant,**

v.                                                                           Case No. 26-3118

**KONZA, LLC, et al.,**

**Defendants-Appellees.**

---

### MOTION FOR LEAVE TO FILE OVERSIZED MOTION

Plaintiff-Appellant John Klosterman, proceeding pro se, respectfully moves this Court for leave to file a Motion for Emergency Injunctive Relief and Leave to Pursue Class Action Claims that exceeds the page limitation set forth in Federal Rule of Appellate Procedure 27(d)(2). Appellant requests leave to file a motion of up to 27 pages in lieu of the standard 20-page limit.

### REASONS FOR THE REQUEST

1. The motion combines two related but distinct requests: (a) emergency injunctive relief to protect two specific properties from imminent seizure, including Appellant's personal residence currently under tax foreclosure; and (b) leave to pursue class action claims on

behalf of five proposed classes of Cincinnati property owners victimized by the City's municipal fine-to-foreclosure pipeline.

2. The motion necessarily addresses: the factual basis for emergency relief on two properties; a seven-step financial engineering scheme through which the City converts minor citations into balance sheet assets; the historical transformation of the City's litter patrol from a warning-based system to a revenue extraction operation; the legal basis for five proposed classes under Rule 23; a phased certification proposal addressing manageability; critical discovery requests; and constitutional violations at each step of the pipeline. These matters cannot be meaningfully condensed below 27 pages without sacrificing the Court's ability to evaluate the emergency and class claims.

3. Appellant is proceeding pro se and does not have the resources to file multiple separate motions that would require substantial duplication of the factual background. The emergency injunctive relief and class action claims arise from the same municipal enterprise and the same set of facts. Combining them into a single motion avoids repetition and serves judicial economy by presenting the Court with one comprehensive filing rather than overlapping submissions.

4. The additional seven pages represent a modest excess—approximately 35% above the standard limit—to address matters of significant public importance involving a systematic municipal scheme that affects thousands of Cincinnati property owners, implicates RICO, and involves co-conspirators who have been convicted in federal court.

5. No party will be prejudiced by the additional pages. The motion's length reflects the complexity of the scheme, not verbosity. Every section serves a distinct purpose, and the phased certification proposal in particular was included specifically to address manageability concerns that the Court would otherwise need to raise sua sponte.

## RELIEF REQUESTED

Appellant respectfully requests that this Court grant leave to file a Motion for Emergency Injunctive Relief and Leave to Pursue Class Action Claims of up to 27 pages. The oversized motion is respectfully submitted herewith, subject to the Court's ruling on this motion for leave.

Respectfully submitted,

_____
**John Klosterman**

5615 Sidney Road
Cincinnati, Ohio 45238
Pro Se Plaintiff-Appellant

Dated: February 19, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I filed this Motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit via the CM/ECF system, which will send notification to all counsel of record.

_____

**John Klosterman**