No. 26-3118

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Feb 20, 2026
KELLY L. STEPHENS, Clerk
```

JOHN KLOSTERMAN,

    Plaintiff-Appellant,

v.

KONZA, LLC, et al.,

    Defendants-Appellees.


Before: BOGGS, STRANCH, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk